UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| APRIL HARRINGTON, on behalf of herself and other similarly situated individuals,<br><br>                Plaintiff,<br>v.<br><br>LOUIS DEJOY, Postmaster General of the United States Parcel Service, ROBERT M. DUNCAN, Chairman of the Postal Service Board of Governors, and the UNITED STATES POSTAL SERVICE,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 20 C 5303<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above-captioned case with respect to the United States. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Megan E. Donohue
    MEGAN E. DONOHUE
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1877
    megan.donohue@usdoj.gov