**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| APRIL HARRINGTON, on behalf of herself and other similarly situated individuals, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 20 CV 5303 |
| LOUIS DEJOY, Postmaster General of the United States Parcel Service, ROBERT M. DUNCAN, Chairman of the Postal Service Board of Governors, and the UNITED STATES PARCEL SERVICE, ) ) ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, April Harrington, by her attorney, Arlo Walsman of the Arlo Law Office, hereby submits the following Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

1. Plaintiff files this notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(i).

2. This notice is served before Defendants have served an answer to Plaintiff's complaint on Plaintiff's attorney or filed a motion for summary judgment.

WHEREFORE, for all the foregoing reasons, Plaintiff respectfully asks that this action be dismissed without prejudice pursuant to Rule 41(a)(1)(i).

Respectfully submitted,

By: /s/ ARLO WALSMAN

Arlo Law Office
Attorney for Plaintiff
161 N. Clark Street, Suite 2500
Chicago, Illinois 60601
Phone: (312) 313-0035
Fax: (312) 724-9771
Arlo@arlolawoffice.com
Attorney No. 6321684

## **CERTIFICATE OF SERVICE**

       I certify that on November 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to:

Megan Donahue
Attorney for Defendants
United States Attorney's Office
Northern District of Illinois
Dirksen Federal Bldg.
219 S. Dearborn St.
Chicago, IL 60604